UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 3:04-cr-00029

JESSICA LAWRENCE                                                      DEFENDANT

## NOTICE OF SUBSTITUTION OF COUNSEL
- Electronically Filed -

Assistant United States Attorney Emily C. Lantz hereby enters her appearance of record on behalf of the United States of America. Please remove Larry Fentress as counsel of record in the above-styled case and he should also be removed from the electronic notification process.

          Respectfully submitted,

          MICHAEL A. BENNETT
          United States Attorney

          /s/ Emily C. Lantz
          Emily C. Lantz
          Assistant U.S. Attorney
          717 West Broadway
          Louisville, Kentucky 40202
          PH: (502) 582-5911
          FAX: (502) 582-5067

CERTIFICATE OF SERVICE

      I hereby certify that on 8/9/2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.